## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE



**Randall C. Lohan**
Clerk of Court

**Robert L. Rebeck**
Chief Deputy

U.S. Courthouse
844 N. King Street
Unit 18
Wilmington, DE 19801
(302) 573-6170

June 17, 2025

TO:

**Christina Victoria Tusan**
Tusan Law, PC
680 East Colorado Boulevard, Suite 180
Pasadena, CA 91101

**Matthew B. George**
Kaplan Fox and Kilsheimer LLP
1999 Harrison Street Suite 1560
Oakland, CA 94612

**Paul J. Doolittle**
Poulin Willey Anastopoulo LLC
32 Ann Street
Charleston, SC 29403

**Craig M Cepler**
Denlea and Carton LLP
2 Westchester Park Drive Suite 410
White Plains, NY 10604

**Michael D. Braun**
Kuzyk Law LLP
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067

**Joel Dashiell Smith**
Smith Krivoshey, PC
867 Boylston Street, 5th Floor Suite 1520
Boston, MA 02116

**Erica Rutner**
Cozen O'Connor
1801 North Military Trail, Suite 200
Boca Raton, FL 33431

RE:  USDC/DE Case no. 1:25-cv-0744-UNA
Central District of California (Western Division) Case no. 2:25-cv-01917-MWF-JC
<u>Anthony Zannettino v. Igloo Products Corp</u>

Dear Counsel:

The above referenced action was transferred to the U.S. District Court on 6/16/2025.

June 17, 2025
Page 2

      Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective August 1, 2016) it is required that all parties associate themselves with local counsel.  Local Rule 83.5 (d) and (e) read as follows:

      (d) Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

      (e)  Time to Obtain Delaware Counsel.  A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D.Del. LR 83.5(d) within 30 days after:

      (1)  The filing of the first paper filed on its behalf; or
      (2)   The filing of a case transferred or removed to this Court.

      Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D.Del. LR 1.3(a).

      Please have your local counsel enter an appearance on or before 7/17/2025.

      Sincerely,

      Randall C. Lohan
      CLERK OF COURT

s/cdd