# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE IGLOO PRODUCTS COOLER RECALL LITIGATION | C.A. No. 1:25-cv-00744-JLH CONSOLIDATED |

## NOTICE OF WITHDRAWAL OF THE ZANNETTINO PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL

**PLEASE TAKE NOTICE** that *The Zannettino Plaintiffs' Motion for Appointment of Interim Lead Counsel* (the "Motion") [D.I. 43; filed 7/16/2025] filed in the above-captioned case is hereby withdrawn without prejudice. The Motion has been re-filed in the lead case, Case No. 25-cv-00298-JLH.

Dated: July16, 2025
Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
824 Market Street, Suite 810
Wilmington, DE 19801
Phone: (302) 777-1111
Email: rosner@teamrosner.com
E-mail: liu@teamrosner.com

Christina Tusan (*pro hac vice*)
*ctusan@ctusanlaw.com*
**TUSAN LAW, PC**
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Telephone: (626) 418-8203
Facsimile: (626) 619-8253

Matthew B. George (*pro hac vice*)
*mgeorge@kaplanfox.com*
**KAPLAN FOX & KILSHEIMER LLP**

{00032962. }   1
4917-7286-7926, v. 1

1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile:  (415) 72-4707

Jeffrey I. Carton (*pro hac vice* forthcoming)
*jcarton@denleacarton.com*
**DENLEA & CARTON LLP**
2 Westchester Park Drive, Suite 410
White Plains, New York 10604
Telephone:  (914) 331-0100
Facsimile:   (914) 331-0105

Paul J. Doolittle (*pro hac vice* forthcoming)
*Paul.Doolittle@poulinwilley.com*
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC  29403
Telephone:  (803) 222-2222
Facsimile:  (843) 494-5536

*Counsel for the Zannettino Plaintiffs*